**Form 713**[Notice Re: SSN of Db(s)]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>Corbin Archer and Lisa Archer<br>Debtor(s). | Case No. 22–23333 RKM<br>Chapter 13 |

## NOTICE RE: SOCIAL SECURITY NUMBER OF DEBTOR(S)

To Whom It May Concern:

Please be aware that the Social Security number and/or Social Security Statement of the Debtor(s) has not been submitted to the Clerk's Office. Please file this information immediately.

Dated: August 29, 2022

                        David A. Sime
                        Clerk of Court

File all documents and mail to:

Clerk, U.S. Bankruptcy Court
350 South Main #301
Salt Lake City, UT 84101