20Mark S. Middlemas, USB No. 9252
Hillary R. McCormack, USB No. 11719
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
L&A Case No. 22.83385.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 22-23333 RKM |
|---|---|
| Corbin Archer and Lisa Archer, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates, PC enters an appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

> Mark S. Middlemas
> Lundberg & Associates, PC
> 3269 South Main Street, Suite 100
> Salt Lake City, UT 84115

DATED: September 1, 2022.

        LUNDBERG & ASSOCIATES, PC

        By /s/Mark S. Middlemas
        Mark S. Middlemas
        Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on September 1, 2022 I electronically filed the foregoing Appearance of Counsel with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.

CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that, on September 1, 2022, I caused to be served a true and correct copy of the foregoing Appearance, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

    Corbin Archer
    Lisa Archer
    3861 East Evelyn Drive
    Salt Lake City, UT 84124
        *Pro Se* Debtors

        /s/Mark S. Middlemas
        Mark S. Middlemas