Form 277[OSC for Credit Counseling One Db Only]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Corbin Archer and Lisa Archer
                Debtor(s).

Case No. 22−23333 RKM
Chapter 13

## ORDER TO SHOW CAUSE (ONE DEBTOR ONLY)

      Section 109(h)(1) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, disqualifies an individual from being a debtor in bankruptcy "unless such individual has, during the 180−day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing . . . that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis." In turn, § 521(b)(1) of the Bankruptcy Code in conjunction with Federal Rule of Bankruptcy Procedure 1007(b)(3)(B) and (C) requires individual debtors to file the certificate of completion received from the approved nonprofit budget and credit counseling agency within 14 days of filing a statement that such debtors have received the required briefing but have not yet received a certificate. Although the Debtor(s) indicated on Part 5 of the petition that the required prepetition briefing had been received, no certificate of completion has yet been filed with the Court and the time for doing so has expired. Accordingly, it is hereby

      ORDERED that the Debtor Lisa Archer file the required certificates of completion by **September 27, 2022 and** otherwise show cause why the above−captioned case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 1007, or the case will be dismissed.

Dated and Entered on: September 12, 2022

*/s/ R. Kimball Mosier*

United States Bankruptcy Judge   ()