**Form 277**[OSC for Credit Counseling One Db Only]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Corbin Archer and Lisa Archer
             Debtor(s).

Case No. 22−23333 RKM
Chapter 13

## ORDER TO SHOW CAUSE (ONE DEBTOR ONLY)

    Section 109(h)(1) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, disqualifies an individual from being a debtor in bankruptcy "unless such individual has, during the 180−day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing . . . that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis." In turn, § 521(b)(1) of the Bankruptcy Code in conjunction with Federal Rule of Bankruptcy Procedure 1007(b)(3)(B) and (C) requires individual debtors to file the certificate of completion received from the approved nonprofit budget and credit counseling agency within 14 days of filing a statement that such debtors have received the required briefing but have not yet received a certificate. Although the Debtor(s) indicated on Part 5 of the petition that the required prepetition briefing had been received, no certificate of completion has yet been filed with the Court and the time for doing so has expired. Accordingly, it is hereby

    ORDERED that the Debtor Lisa Archer file the required certificates of completion by **September 27, 2022 <u>and</u>** otherwise show cause why the above−captioned case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 1007, or the case will be dismissed.

Dated and Entered on: September 12, 2022

*[signature: R. Kimball Mosier]*

United States Bankruptcy Judge ()

United States Bankruptcy Court

District of Utah

| | |
|---|---|
| In re: | Case No. 22-23333-RKM |
| Corbin Archer | Chapter 13 |
| Lisa Archer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 12, 2022 | Form ID: f277 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: corbinarcher@gmail.com | Sep 12 2022 23:17:00 | Corbin Archer, 3861 East Evelyn Dr, Salt Lake City, UT 84124-2307 |
| jdb | + Email/PDF: lisaarcher@gmail.com | Sep 12 2022 23:17:00 | Lisa Archer, 3861 East Evelyn Dr, Salt Lake City, UT 84124-2307 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lon Jenkins tr | ecfmail@ch13ut.org   lneebling@ch13ut.org |
| Mark S. Middlemas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LundbergECFmail@Lundbergfirm.com ecfmaildistgroup@lundbergfirm.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

District/off: 1088-2 User: admin Page 2 of 2
Date Rcvd: Sep 12, 2022 Form ID: f277 Total Noticed: 2
TOTAL: 3