# United States Bankruptcy Court

## District of Utah



Filed & Entered
On Docket
September 28, 2022

In re
    Corbin Archer
    Social−Security Number or ITIN: xxx−xx−5069

    Lisa Archer
    Social−Security Number or ITIN: xxx−xx−9812
                       Debtor

Case Number 22−23333 RKM
Chapter 13

## Order Of Dismissal for Failure to Comply with 11 U.S.C. § 109(h)

Pursuant to Local Rule 1007−1(d), it is hereby ORDERED that Joint Debtor Lisa Archer has been DISMISSED from the above−captioned case for failure to comply with 11 U.S.C. § 109(h).

Dated: September 28, 2022

*R. Kimball Mosier*

R. Kimball Mosier
United States Bankruptcy Judge

Form f745 (Doc# 15 − 12) − djf