# United States Bankruptcy Court

## District of Utah



In re
    Corbin Archer
    Social−Security Number or ITIN: xxx−xx−5069

    Lisa Archer
    Social−Security Number or ITIN: xxx−xx−9812
                              Debtor

Case Number 22−23333 RKM
Chapter 13

### Order Of Dismissal for Failure to Comply with 11 U.S.C. § 109(h)

Pursuant to Local Rule 1007−1(d), it is hereby ORDERED that Joint Debtor Lisa Archer has been DISMISSED from the above−captioned case for failure to comply with 11 U.S.C. § 109(h).

Dated: September 28, 2022

R. Kimball Mosier
United States Bankruptcy Judge

Form f745 (Doc# 15 − 12) − djf

United States Bankruptcy Court

District of Utah

In re:  Case No. 22-23333-RKM

Corbin Archer  Chapter 13

Lisa Archer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 2

Date Rcvd: Sep 28, 2022     Form ID: f745     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 12082521 | + | Boost Financial, 5940 Summerhill Road, Texarkana, TX 75503-1639 |
| 12082518 | + | Chris Gose, 5990 S 2300 E, Salt Lake City, UT 84121-1461 |
| 12082515 | + | Chrysler Capital, 1601 Elm Street #800, Dallas, TX 75201-7260 |
| 12082523 | | SpotLoan, 914 Chief Little Shell St, Belcourt, ND 58316 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: corbinarcher@gmail.com | Sep 28 2022 22:52:00 | Corbin Archer, 3861 East Evelyn Dr, Salt Lake City, UT 84124-2307 |
| jdb | + | Email/PDF: lisaarcher@gmail.com | Sep 28 2022 22:52:00 | Lisa Archer, 3861 East Evelyn Dr, Salt Lake City, UT 84124-2307 |
| 12082519 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 28 2022 22:52:00 | CashNet USA, Attn: Legal Department, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 12082520 | + | Email/Text: netcreditbnc@enova.com | Sep 28 2022 22:53:05 | NetCredit, Attn: Legal Department, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 12094251 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 28 2022 22:53:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 12088668 | | EDI: USBANKARS.COM | Sep 29 2022 02:48:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 12082517 | | EDI: USBANKARS.COM | Sep 29 2022 02:48:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12082522 | | Cash Central, 2601 North Lamar Boulevard, RETURNED MAIL--99999 |
| 12082516 | | Mr. Cooper, 425 Walnut Street, RETURNED MAIL--99999 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 22-23333  Doc 16  Filed 09/30/22  Entered 09/30/22 22:22:35  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 1088-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: f745 | Total Noticed: 11 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2022                    Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| Mark S. Middlemas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper LundbergECFmail@Lundbergfirm.com ecfmaildistgroup@lundbergfirm.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3